

March 8, 2021

**VIA ECF**

**Gregory F. Fischer**
Direct Phone   302-295-2017
Direct Fax        302-358-2307
gfischer@cozen.com

Hon. Richard G. Andrews
United States District Court,
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 9, Room 6325
Wilmington, DE 19801-3555

**Re:**   *Adams, et al. v. Klein, et al.*, **Case 1:18-cv-01330-RGA (D. DE)**

Dear Judge Andrews:

As you know, we represent the Plaintiffs in the above-referenced securities fraud action against *pro se* Defendant John H. Klein. We met and conferred with Mr. Klein, and write jointly with him in response to the Court's February 25, 2021 Order In Regard to Trial (D.I. 180).

The parties have agreed to waive their respective jury demands and proceed with a bench trial beginning on April 5, 2021, or as soon in April as the Court is available. Every party and anticipated non-party witness is available to appear in person, and there will be no need for remote testimony at trial.

The parties thank the Court for its attention to this matter.

Respectfully,

*/s/ Gregory Fischer*

By:     Gregory F. Fischer (No. 5269)

CC:    All Counsel of Record (*via email service*)
         John H. Klein, *Pro Se* Defendant (*via email*)