

March 15, 2021

**VIA ECF**

The Honorable Richard G. Andrews
United States District Court, District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 9, Room 6325
Wilmington, DE 19801-3555

**Gregory F. Fischer**

Direct Phone   302-295-2017
Direct Fax       302-358-2307
gfischer@cozen.com

Re:   *Adams, et al. v. Klein, et al.*, Case 1:18-cv-01330-RGA (D. Del.)

Dear Judge Andrews,

I write today to request to be excused from in-person attendance at the trial in the above-referenced matter, currently scheduled to begin on April 5, 2021. I will make myself available at the Court's direction.

Counsel is available should Your Honor have any questions..

Sincerely,

COZEN O'CONNOR

/s/ Gregory F. Fischer

By:   Gregory F. Fischer (5269)

GFF

CC: All Counsel of Record (*via ECF*)
John H. Klein, *Pro Se* Defendant (*via email*)