May 25, 2021

**Via Federal Express**

The Honorable Richard G. Andrews
United States District Court
844 North King St. Unit 18
Wilmington, DE 19801-3570
302-573-4536

      *Re:*    *Case No. 1:18-cv-01330-RGA (D. DEL)*
               *ADAMS, et al. v. KLEIN*

Dear Judge Andrews:

      I, the Defendant, John Klein, would like to request an extension to the schedule date for submission of Defendant's Proposed Findings of Fact from the scheduled date of May 28, 2021, until June 3, 2021. The Plaintiffs had five (5) weeks to prepare and send in their Proposed Findings of Fact and I will need a few days extra to complete my findings and responses. I received their document late May 14, 2021. I hope Your Honor would give my request his favorable consideration.

Respectfully,

*/s/ John H. Klein*

John H. Klein

cc:     Matthew L. Elkin (via email)


