IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARK ADAMS, et al., | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 18-1330-RGA |
| JOHN H. KLEIN, | : | |
| Defendant. | : | |

## MEMORANDUM

I am entering a modified version of the proposed final judgment submitted by Plaintiffs. (*See* D.I. 207-1). I am not applying the IRS underpayment rate, which seems to be mostly used and justified in the context of SEC enforcement actions, to calculate prejudgment interest. *See In re Vivendi Universal, S.A. Sec. Litig.*, 284 F.R.D. 144, 164 (S.D.N.Y. 2012). Plaintiffs have proposed no calculations of prejudgment interest using the treasury rate, and thus I do not further consider the treasury rate.

I have reviewed the calculations for prejudgment interest based on the New Jersey Court Rules, which seem to apply. Therefore, I have included those amounts in the final judgment.

October 5, 2021

/s/ Richard G. Andrews
United States District Court