(Del. Rev. 05/2014) Pro se Notice of Appeal

# NOTICE OF APPEAL
# TO
# U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

APPEALS COURT
CASE NUMBER: _____
(To be assigned by Appeals Court)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

MARK ADAMS, AUSELECT INVESTMENTS
DR. GREGORY SIMONIAN, WADE HARTMAN
FRANK EDWARD SMITH v. JOHN H. KLEIN

DISTRICT COURT
Civ. Action No.: C.A. NO. 18-1330-RGA

v.

JOHN H. KLEIN

DISTRICT COURT
JUDGE: ANDREWS

Notice is hereby given that **JOHN H. KLEIN**,
(Named Party)

who proceeds *pro se*, appeals to the United States Court of Appeals for the Third Circuit from

[X] Judgment, [ ] Order, [ ] Other (specify) _____

FINAL JUDGEMENT & MEMORANDUM OPINION SEPT 28, 2021

entered in this action on **10-5-21**.
(date)

Dated: 11/3/21

(Signature)

JOHN H. KLEIN
(Print Name)

P.O. 1276
(Address)

ALPINE, NJ 07620
(City, State, Zip Code)

201-910-0773
(Telephone Number)

OFFICE OF THE CLERK
US DISTRICT OF DELAWARE
844 N. KING STREET
UNIT 18
WILINGTON, DELAWARE
19801

302-573-6170






