UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| MARK ADAMS, AV SELECT INVESTMENTS, LLC, DR. GREGORY SIMONIAN, WADE HARTMAN, and FRANK EDWARD SMITH, | : : : : : : |
| Plaintiffs, | : C. A. No. 1:18-cv-1330-RGA |
| v. | : : |
| JOHN KLEIN, | : : |
| Defendant. | : |

[~~PROPOSED~~] ORDER

Before the Court is *Plaintiffs' Motion to Compel American Express to Produce Documents in Response to Subpoena*. The Court, having determined that the Motion is well founded and for good cause shown, hereby **GRANTS** the motion.

Defendant shall respond to plaintiffs' subpoena request by ___June 17___, 2022.

The request ~~for~~ Attorney's fees ~~in the amount of $___~~ is taken under advisement ~~and costs in the amount of $___ are awarded to Plaintiffs.~~

It is **SO ORDERED** this __23rd__ day of __May__ 2022.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT